IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Petitioner,               No. CIV S-10-3424 DAD (TEMP) P

    vs.

G.D. LEWIS, et al.,

    Respondent.          ORDER

_____/

    By order filed March 15, 2011, petitioner's amended habeas application was dismissed and he was granted thirty days leave to file a second amended application. Therein, petitioner was warned that failure to file a second amended habeas application within thirty days provided would result in dismissal of this habeas action. The thirty day period has now expired, and petitioner has not filed a second amended habeas application.

    Accordingly, IT IS HEREBY ORDERED that:

    1. This action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

/////

/////

/////

1

1     2. The court declines to issue the certificate of appealability referenced in 28
U.S.C. § 2253.

DATED: April 26, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kc
turn3424.fta